STATE OF NEW JERSEY v. DANIEL SCAIFE.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. STAFFORD COWART.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH PRICE.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL PRIDE.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN DONALD FLOYD.

July 7, 1981.

Petition for certification denied.